No. 456. LEYDECKER *v.* UNITED STATES. December 13, 1943. Petition for writ of certiorari to the Court of

Claims denied. *Mr. Fred W. Shields* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Shea* for the United States.